# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAREN K. CLEVELAND,** | ) | **CASE NO. 8:06CV352** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| **WEST TELEMARKETING LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter came before the Court on the Plaintiff's Motion for Dismissal with Prejudice. The Court, being fully advised of the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above matter is dismissed with prejudice, each party to pay their own costs.

DATED this 25th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
United States District Judge